William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

MICHAEL E. SCMIDT
THE SCHMIDT FIRM
2911 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiffs, Filomena Fabrizio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03280-CRB<br>MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| FILOMENA FABRIZIO,<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, FILOMENA FABRIZIO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| DATED: November 9, 2009 | | AUDET & PARTNERS, LLP |

By: *[signature]*
Counsel's Name
Attorneys for Plaintiff, Filomena Fabrizio

DATED: November 9, 2009    THE SCHMIDT FIRM

By: *[signature]*
Counsel's Name
Attorneys for Plaintiff, Filomena Fabrizio

DATED: Dec. 22, 2009    DLA PIPER LLP (US)

By: *[signature]*
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**